1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5054
7     Fax: (408) 535-5066
      E-Mail: Timothy.Lucey@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,      ) | No. CR 12 - 00700 DLJ
   |                                ) |
14 |       Plaintiff,               ) | STIPULATION AND
   |                                ) | [] ORDER
15 |    v.                          ) |
   |                                ) |
16 | RANDY DANIEL SHATTUCK,         ) |
   |                                ) |
17 |       Defendant.               ) |
   |                                ) |
18 |_____) |

19     WHEREAS, the parties were scheduled for a status hearing before this Court on

20 November 8, 2012;

21     WHEREAS, defense counsel is continuing to review documents in connection with

22 evaluating and analyzing this matter and government is in the process of responding to additional

23 discovery issues raised by the defendant;

24     WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this

25 matter is appropriate in order to ensure effective preparation of counsel, pursuant to 18 U.S.C. §

26 3161(h)(7)(B)(iv);

27     THEREFORE, the parties mutually and jointly agree that time should be excluded from

28 November 8, 2012, up and including December 6, 2012, which this Court's deputy has advised is

1  an available date on this Court's calendar.  The parties agree that excluding time until December
2  6, 2012, is necessary, given the need to ensure effective preparation of counsel.   The parties also
3  agree that failing to grant a continuance would deny counsel for the defense the reasonable time
4  necessary for effective preparation and continuity of counsel, taking into account the exercise of
5  due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).   Finally, the parties agree that the ends of
6  justice served by excluding time from November 8, 2012, until December 6, 2012,  outweigh the
7  best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

**STIPULATED:**

DATED: November 2, 2012                    /s/
                                           ROBERT CARLIN
                                           Attorney for RANDY DANIEL SHATTUCK

DATED: November 2, 2012                    /s/
                                           TIMOTHY J. LUCEY
                                           Assistant United States Attorney

### ORDER

For good cause shown, the Court enters this order continuing the status hearing in this action until December 6, 2012, and excluding time from November 8, 2012, up to and including December 6, 2012.  Specifically, the parties agree, and the Court finds and holds that such that time should be excluded until December 6, 2012, and furthermore that failing to grant a continuance and exclude time until December 6, 2012, would unreasonably deny the defendant effective preparation of counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

////
////
////
////

STIPULATION AND [] ORDER
[12 - 00700 DLJ]                           2

1  Finally, the parties agree, and the Court finds and holds, that the ends of justice served by
2  excluding time from November 8, 2012, through December 6, 2012, outweigh the best interest of
3  the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

5  **IT IS SO ORDERED.**

7  DATED:_____   _____
8  **HONORABLE D. LOWELL JENSEN**
   **United States District Court**

STIPULATION AND [] ORDER
[12 - 00700 DLJ]                              3