1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN (CABN 123806)
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant
   RANDY DANIEL SHATTUCK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00700-DLJ |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER** |
| vs. ) | |
| RANDY DANIEL SHATTUCK, ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through Assistant United States Attorney Timothy Lucey, and Defendant RANDY DANIEL SHATTUCK ("Mr. Shattuck"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from December 20, 2012, at 9:00 a.m., to January 10, 2013, at 9:00 a.m.

1. Mr. Shattuck has been charged in a single count indictment with a violation of 18 U.S.C. § 1519.

2. A status conference before this Honorable Court has been scheduled for December 20, 2012, at 9:00 a.m.

1

1  3. Mr. Shattuck needs additional time to review and discuss with counsel the discovery
2 that the United States has provided.  Additionally, the parties are involved in ongoing and
3 detailed discussions regarding possible resolutions of the case.
4  4. Accordingly, the parties respectfully request that the status hearing be continued as
5 requested, and agree to the exclusion of time from December 20, 2012, to January 10, 2013,
6 pursuant to 18 U.S.C. § 3161 (h)(7)(A).

8 IT IS SO STIPULATED.

9                                                            Respectfully submitted,

10                                                           STEVEN G. KALAR
                                                             Federal Public Defender

13 Dated: December 19, 2012            ___/s/_____
                                                             ROBERT M. CARLIN
                                                             Assistant Federal Public Defender

15                                                           MELINDA HAAG
                                                             UNITED STATES ATTORNEY

18 Dated: December 19, 2012            ___/s/_____
                                                             TIMOTHY LUCEY
                                                             Assistant United States Attorney

1

2  STEVEN G. KALAR
   Federal Public Defender
3  ROBERT M. CARLIN
   Assistant Federal Public Defender
4  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
5  Telephone:  (408) 291-7753

6  Counsel for Defendant
   RANDY DANIEL SHATTUCK,
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11
                                          )
12  UNITED STATES OF AMERICA,              )   No. CR 12-00700-DLJ
                                           )
13                 Plaintiff,              )   ] **ORDER ON**
                                           )   **STIPULATION TO CONTINUE STATUS**
14  vs.                                    )   **CONFERENCE**
                                           )
15  RANDY DANIEL SHATTUCK,,                )
                                           )
16                 Defendant.              )
    _____

17

18
        1. Mr. Shattuck has been charged in a single count indictment with a violation of 18
19
    U.S.C. § 1519.
20
        2. A status conference before this Court has been scheduled for December 20, 2012, at
21
    9:00 a.m.
22
        3. Mr. Shattuck needs additional time to review and discuss with counsel the discovery
23
    that the United States has provided.  Additionally, the parties are involved in ongoing and
24
    detailed discussions regarding possible resolutions of the case.
25
    ///
26

                                          3

1    4.  The status hearing in this matter shall be continued from December 20, 2012, to
2 January 10, 2013, at 9:00 a.m., and time shall be excluded pursuant to 18 U.S.C. § 3161
3 (h)(7)(A).

4

5         IT IS SO ORDERED.

6    Dated: 12/19/12  _____
7                     HON. D. LOWELL JENSEN
                      United States District Judge