STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
RANDY DANIEL SHATTUCK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00700-DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING HEARING; []** |
| vs. ) | **ORDER** |
| ) | |
| RANDY DANIEL SHATTUCK, ) | |
| ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through Assistant United States Attorney Timothy Lucey, and Defendant RANDY DANIEL SHATTUCK ("Mr. Shattuck"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the sentencing hearing in this case should be continued from April 18 to June 20, 2013, at 10:00 a.m.

1. On September 26, 2012, Mr. Shattuck was charged in a single count indictment with a violation of 18 U.S.C. § 1519.

2. Following plea negotiations with the United States, Mr. Shattuck changed his plea to guilty before this Honorable Court on January 10, 2013. The sentencing hearing was scheduled for April 18, 2013.

STIPULATION TO CONTINUE HEARING;
[] ORDER                           1

3.  Unfortunately, Counsel for Mr. Shattuck has missed a great deal of time from work during the last three or more weeks, due to the sickness of a child that culminated in a hospital admission.  As a result, Counsel has not been able to prepare and file a sentencing position paper on Mr. Shattuck's behalf.

4.  Counsel for Mr. Shattuck has consulted with United States Probation Officer Insa Bel'Ochi, and she does not oppose the requested continuance.

5.  Accordingly, the parties respectfully request that the sentencing hearing be continued to June 20, 2013, at 10:00 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

Dated: April 12, 2013    /s/_____
ROBERT M. CARLIN
Assistant Federal Public Defender

UNITED STATES ATTORNEY

Dated: April 12, 2013    /s/_____
TIMOTHY LUCEY
Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[] ORDER                    2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  RANDY DANIEL SHATTUCK

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11                                     )
    UNITED STATES OF AMERICA,           )    No. CR 12-00700-DLJ
12                                     )
              Plaintiff,                )    **] ORDER ON**
13                                     )    **STIPULATION TO CONTINUE**
    vs.                                 )    **SENTENCING HEARING**
14                                     )
    RANDY DANIEL SHATTUCK,              )
15                                     )
              Defendant.                )
16  _____

17     1. On September 26, 2012, Mr. Shattuck was charged in a single count indictment with a

18  violation of 18 U.S.C. § 1519.

19     2. Following plea negotiations with the United States, Mr. Shattuck changed his plea to

20  guilty before this Honorable Court on January 10, 2013.  The sentencing hearing was scheduled

21  for April 18, 2013.

22     3. Counsel for Mr. Shattuck has missed a great deal of time from work during the last

23  three or more weeks, due to the sickness of a child that culminated in a hospital admission.  As a

24  result, Counsel has not been able to prepare and file a sentencing position paper on

25  Mr. Shattuck's behalf.

26  ///

STIPULATION TO CONTINUE HEARING;
[] ORDER                                      3

1     4. Counsel for Mr. Shattuck has consulted with United States Probation Officer Insa

2 Bel'Ochi, and she does not oppose the requested continuance.

3     5. Accordingly, the parties have requested that the sentencing hearing be continued from

4 April 18 to June 20, 2013.

5     6. For the above stated reasons, the sentencing hearing shall be continued to

6 June 20, 2013, at 10:00 a.m.

8     IT IS SO ORDERED.

10 Dated: _____     _____
    HON. D. LOWELL JENSEN
11     United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER     4