1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant,
6  RANDY DANIEL SHATTUCK

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11                                      )
   UNITED STATES OF AMERICA,             )   No. CR 12-00700-DLJ
12                                       )
            Plaintiff,                   )   **STIPULATION TO CONTINUE**
13                                       )   **SENTENCING HEARING; []**
   vs.                                   )   **ORDER**
14                                       )
   RANDY DANIEL SHATTUCK,                )
15                                       )
            Defendant.                   )
16 _____

17      Plaintiff United States of America, by and through Assistant United States Attorney

18 Timothy Lucey, and Defendant RANDY DANIEL SHATTUCK ("Mr. Shattuck"), by and

19 through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate

20 that the sentencing hearing in this case should be continued from June 20 to July 11, 2013, at

21 10:00 a.m.

22      1. On September 26, 2012, Mr. Shattuck was charged in a single count indictment with a

23 violation of 18 U.S.C. § 1519.

24      2. Following plea negotiations with the United States, Mr. Shattuck changed his plea to

25 guilty before this Honorable Court on January 10, 2013.  The sentencing hearing is currently

26
   STIPULATION TO CONTINUE SENTENCING
   HEARING; [] ORDER
   No. CR 12-00700-DLJ                    1

1  scheduled for June 20, 2013.

2      3. Mr. Shattuck's maternal grandmother, with whom he resides and for whom he is the

3  primary caregiver, has recently suffered some serious health setbacks. She was hospitalized

4  three times during the month of May and last week underwent a surgical procedure, during

5  which a camera was inserted into her throat, as her doctors attempt to discover the reason for her

6  continuing and worrying loss of blood. Although the family is hopeful that her health will

7  improve, they are also preparing for the possibility that she might not survive this crisis. Under

8  the circumstances, the burden of preparing for the sentencing hearing and at the same time caring

9  for and worrying about Mr. Shattuck's grandmother would be intolerable.

10     4. Counsel for Mr. Shattuck has consulted with United States Probation Officer Insa

11 Bel'Ochi and she is not opposed to the requested continuance.

12     5. Accordingly, the parties respectfully request that the sentencing hearing be continued

13 to July 11, 2013, at 10:00 a.m.

14     IT IS SO STIPULATED.

15                                  Respectfully submitted,

16                                    STEVEN G. KALAR
                                     Federal Public Defender

17

18                                    /s/
                                 _____

19 Dated: June 17, 2013           ROBERT M. CARLIN
                                     Assistant Federal Public Defender

20

21                                    UNITED STATES ATTORNEY

22

23 Dated: June 17, 2013           /s/
                                   _____
                                   TIMOTHY LUCEY

24                                    Assistant United States Attorney

25

26

STIPULATION TO CONTINUE SENTENCING
HEARING; ] ORDER
No. CR 12-00700-DLJ                 2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant,
RANDY DANIEL SHATTUCK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00700-DLJ |
| Plaintiff, | **[] ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| RANDY DANIEL SHATTUCK, | |
| Defendant. | |

1. On September 26, 2012, Mr. Shattuck was charged in a single count indictment with a violation of 18 U.S.C. § 1519.

2. Following plea negotiations with the United States, Mr. Shattuck changed his plea to guilty before this Honorable Court on January 10, 2013.  The sentencing hearing is scheduled for June 20, 2013.

3. Mr. Shattuck's maternal grandmother, with whom he resides and for whom he is the primary caregiver, has recently suffered some serious health setbacks.  She was hospitalized three times during the month of May and last week underwent a surgical procedure, during which a camera was inserted into her throat, as her doctors attempt to discover the reason for her

1 continuing and worrying loss of blood.  Although the family is hopeful that her health will
2 improve, they are also preparing for the possibility that she might not survive this crisis.  Under
3 the circumstances, the burden of preparing for the sentencing hearing and at the same time caring
4 for and worrying about Mr. Shattuck's grandmother would be intolerable.

5     4. Counsel for Mr. Shattuck has consulted with United States Probation Officer Insa
6 Bel'Ochi and she is not opposed to the requested continuance.

7     5. Accordingly, the parties have requested that the sentencing hearing be continued from
8 June 20 to July 11, 2013.

9     6. For the above stated reasons, the sentencing hearing shall be continued to July 11,
10 2013, at 10:00 a.m.

11     IT IS SO ORDERED.

13 Dated: _____   _____
    HON. D. LOWELL JENSEN
14     United States District Judge

STIPULATION TO CONTINUE SENTENCING
HEARING; [] ORDER
No. CR 12-00700-DLJ     4