1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 4128111)
   Chief, Criminal Division
4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, CA 95113
        Telephone: (408) 535-5054
7       Fax:  (408) 535-5066
        E-Mail: timothy.lucey@usdoj.gov
8
   Attorneys for United States of America
9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13
                                          )
14  UNITED STATES OF AMERICA,              )   No. CR 12-00700-DLJ
                                          )
15              Plaintiff,                 )   **STIPULATION TO CONTINUE**
                                          )   **SENTENCING HEARING; ]**
16  vs.                                    )   **ORDER**
                                          )
17  RANDY DANIEL SHATTUCK,                 )
                                          )
18              Defendant.                 )
    _____
19

20      Plaintiff United States of America, by and through Assistant United States Attorney

21  Timothy Lucey, and Defendant RANDY DANIEL SHATTUCK ("Mr. Shattuck"), by and

22  through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate

23  that the sentencing hearing in this case should be continued from July 11, 2013, to July 25, 2013,

24  at 32:00 a.m.

25      1. On September 26, 2012, Mr. Shattuck was charged in a single count indictment with a

26  violation of 18 U.S.C. § 1519.

1

1  2. Following plea negotiations with the United States, Mr. Shattuck changed his plea to
2 guilty before this Honorable Court on January 10, 2013.  The sentencing hearing is currently
3 scheduled for July 11, 2013.

4  3. Unfortunately, counsel for the United States is now scheduled to be on official travel
5 out of District on July 10-11, 2013, such he is not available to appear at the sentencing as
6 scheduled.  The defendant has no objection to a brief continuance of the sentencing, to July 25,
7 2013, at 32:00 a.m.

8  4. Accordingly, the parties respectfully request that the sentencing hearing be continued
9 to July 25, 2013, at 32:00 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

_____/s/_____
Dated: July 8, 2013          ROBERT M. CARLIN
Assistant Federal Public Defender

MELINDA HAAG
United States Attorney

Dated: July 8, 2013          _____/s/_____
TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated:** _____       _____
**HON. D. LOWELL JENSEN**
**United States District Judge**

2